**HINES v. CALDWELL MEMORIAL HOSP.**

[343 N.C. 505(1996)]

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Johnson, the decision of the Court of Appeals is

REVERSED.

━━━━━━━━━━

EVELYN MARIE MUNDAY HINES, Employee/Plaintiff v. CALDWELL MEMORIAL HOSPITAL, Employer/Defendant, and AMERISURE INSURANCE COMPANIES, Carrier/Defendant

No. 62A96

(Filed 13 June 1996)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 121 N.C. App. 624, 470 S.E.2d 362 (1996), affirming an Opinion and Award of the Industrial Commission filed 9 February 1995, which held that there was no basis on which to amend a prior award of workers' compensation to plaintiff. Heard in the Supreme Court 14 May 1996.

*Randy D. Duncan for plaintiff-appellant.*

*Henry C. Byrum, Jr., for defendant-appellee.*

PER CURIAM.

AFFIRMED.